ORIGINAL

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

**UNITED STATES OF AMERICA**

v.

**CHRISTOPHER ANDREW SHAW**

**CRIMINAL COMPLAINT**
**CASE NUMBER:  4:12MJ431**

DEC 1 8 2012

BY
DAVID J. MALAND, CLERK
DEPUTY

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  In or about December 2012, in the Eastern District of Texas and elsewhere, defendant **Christopher Andrew Shaw** did knowingly and intentionally use any facility or means of interstate or foreign commerce, knowingly attempted to persuade, induce, or entice and individual who has not attained the age of 18 years to engage in sexual activity for which a person can be charged, namely a violation of Texas Penal Code § 22.011, Sexual Assault of a Child, in violation of 18 U.S.C. § 2422(b) (Coercion and Enticement).  I further state that I am a Special Deputy United States Marshal and that this complaint is based on the following facts:

# SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part hereof.   Yes.

Jeff Rich, Special Deputy U.S. Marshal
Complainant

Sworn to before me, and subscribed in my presence

December 18, 2012

Plano, Texas

Date _____ at

DON D. BUSH
U. S. MAGISTRATE JUDGE

City and State

Name and Title of Judicial Officer

Signature of Judicial Officer