ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | NO. 4:13cr04 |
| | § | |
| CHRISTOPHER ANDREW SHAW | § | |

## FACTUAL STATEMENT

The defendant **Christopher Andrew Shaw (Shaw)** stipulates and agrees that the following facts are true and correct:

1. From on or about December 3, 2012, through on or about December 12, 2012, in the Eastern District of Texas, **Shaw** used facilities of interstate commerce, specifically the Internet and a cellular phone, to knowingly attempt to persuade, induce and entice an individual who had not attained the age of 18 years, to engage in criminal sexual activity.

2. **Shaw**, using the Internet and his cellular phone, exchanged emails and text messages with an individual to arrange to engage in sexual activity with a minor whom he believed to be 14 years old. The individual was in fact an undercover police officer.

3. During these emails and text messages, **Shaw** agreed to engage in sexual activity with the individual he believed to be a minor, including oral sex and sexual intercourse. Engaging in oral sex and sexual intercourse with a minor is a violation of Texas Penal Code § 22.011, Sexual Assault.

4. ~~Smith~~ Shaw used the following devices to communicate with the individual he

Factual Statement -- Page 1

believed to be a minor:

    a.    Samsung cellular phone;

    b.    Silver computer; and

    c.    Toshiba laptop computer.

### SIGNATURE AND ACKNOWLEDGMENT BY THE DEFENDANT CHRISTOPHER ANDREW SHAW

I have read this Factual Statement and have discussed it with my attorney. I fully understand the contents of this Factual Statement and agree without reservation that it accurately describes my acts.

Dated: 7/11/13

CHRISTOPHER ANDREW SHAW
Defendant

### SIGNATURE AND ACKNOWLEDGMENT BY ATTORNEY FOR THE DEFENDANT

I have read this Factual Statement and the Information and have reviewed them with my client. Based upon my discussions with my client, I am satisfied that my client fully understands the Factual Statement.

Dated: 7/11/13

FRANK HENDERSON
Attorney for Defendant